IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division



UNITED STATES OF AMERICA

v.  Criminal No. 2:07cr82

JACARY TYLER BELL,

Defendant.

### ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT AND NOTICE OF SENTENCING

Pursuant to the Report and Recommendation issued by United States Magistrate Judge Tommy Miller on May 3, 2007, to which there has been no timely objection, the Defendant's plea of guilty as to Count One of the criminal information charging him with Distribution of Cocaine Base, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)( C), is hereby **ACCEPTED** and the Defendant is **ADJUDGED GUILTY** of such offenses.

Sentencing is scheduled for August 6, 2007, at 2:00 p.m.

The Clerk is **DIRECTED** to forward a copy of this Order to the United States Attorney, counsel for the Defendant, and the United States Marshals Service.

**IT IS SO ORDERED.**

/s/
Robert G. Doumar
Senior United States District Judge

UNITED STATES DISTRICT JUDGE

May 24, 2007
Norfolk, Virginia